THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Frances J. Moore, Appellant.
 
 
 

Appeal From Anderson County
J. Cordell Maddox, Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-059
Heard December 7, 2011  Filed February 1, 2012    

AFFIRMED

 
 
 
 John Dennis Delgado, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor
 Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Frances J. Moore appeals her convictions for murder,
 criminal conspiracy, and possession of a firearm during the commission of a
 violent crime.  She argues the trial court erred in overruling her objections
 and denying her motion for a mistrial after witness testimony relayed accounts
 between the witness and her codefendant implicating her.  Specifically, she
 maintains the rulings permitted violations of her Confrontation Clause rights. 
 We affirm pursuant to Rule 220(b)(1), SCACR, and the following authorities: Davis
 v. Washington, 547 U.S. 813, 821 (2006) (stating the right to confrontation
 "bars 'admission of testimonial statements of a witness who did not appear
 at trial unless he was unavailable to testify, and the defendant
 . . . had a prior opportunity for cross-examination.'"  (quoting Crawford v. Washington, 541 U.S. 36, 53-54 (2004)); State v. Davis, 371
 S.C. 170, 178, 638 S.E.2d 57, 61 (2006) (holding witness testimony relaying a
 co-conspirator's account implicating the defendant did not violate the
 defendant's confrontation rights because the account "clearly was made outside
 of an investigatory or judicial context" and therefore was not testimonial).
AFFIRMED.
FEW, C.J., and THOMAS and KONDUROS,
 JJ., concur.